# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
1800 First Federal Plaza
Rochester, New York 14614
585-232-7400   Fax 585-325-6201

October 21, 2010

United States Bankruptcy Court
Hon. Robert E. Littlefield, Jr.
James T. Foley Courthouse
445 Broadway
Albany, NY  12207

Re: GMAC Mortgage, LLC vs. Edward Bushee and Christina Bushee
Case No. 10-11755 REL

Dear Hon. Littlefield:

    This letter is written to mark the motion for relief from stay on behalf of the above scheduled for October 28, 2010 in Albany as settled.  A Conditional Order will follow Many thanks in advance.
    If you have any questions, please contact the undersigned.

                                 Very respectfully,
                                 FEIN, SUCH & CRANE, LLP


                                 /s/: Reagan Weinhart
                                 Reagan Weinhart
                                 Bankruptcy Supervisor

Cc Chapter Trustee
    Debtor Attorney