UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: EDWARD&CHRISTINA BUSHEE<br>31 BUELL AVE<br>BALLSTON LAKE, NY<br><br>12019 | TRUSTEE'S NOTICE OF<br>OBJECTION TO PROPOSED<br>MODIFICATION<br><br>CASE NO: 10-11755 |

Please take notice that the undersigned Trustee hereby objects to the proposed modification for the following reason(s):

**X** (1) The proposed modification does not meet the requirements of 11 U.S.C. 1325, in that:

    **X** A) Modification has not been proposed in good faith.

    _____ B) Modification does not satisfy the liquidation test.

    _____ C) Modification proposes a lump sum payment without evidence of source of payment.

    _____ D) Modification proposes completion of the plan in less than 36 months without 100% payment to all creditors.

    **X** E) Amended Schedules I & J are required to verify that all of the debtors disposable income will be funded into the plan.

_____ (2) Insufficient information is provided for the basis of the modification.

_____ (3) The proposed modification does not comply with 11 U.S.C. 1329(c). (The modified plan is not feasible.)

_____ (4) The proposed modification does not comply with 11 U.S.C. 1325(b).

**X** (5) Other: TRUSTEE REQUESTS 2010 TAX RETURN AND CURRENT SCHEDULES I AND J TO DEMONSTRATE GOOD FAITH OF REDUCED PAYMENT AMOUNT

Dated: May 10, 2011

/s/ Andrea E. Celli
Andrea E. Celli, Trustee
7 Southwoods Boulevard
Albany, NY 12211

CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of this objection was mailed this date to the parties noted below:

Dated: May 10, 2011    Signed: /s/ Sandra Spring

Debtor(s): Above
Attorney: BRANDI BURNS
    LAW OFC OF MICHAEL W. SCHAEFER
    229 WASHINGTON STREET
    SARATOGA SPRINGS, NY
        (by Electronic Service)